IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TONY LEWIS SHARPE,                )
                                  )
            Petitioner,           )
                                  )
      v.                          )        Civil Action No. 2:09cv489-WHA
                                  )                    (WO)
UNITED STATES OF AMERICA,         )
                                  )
            Respondent.           )

**ORDER ON MOTION**

For good cause shown, it is

ORDERED that the Government's motion (Doc. No. 13; Jun. 26, 2009) to seal

Government Exhibit 12 be and is hereby GRANTED.

Done this 29th day of June, 2009.


            /s/Susan Russ Walker
            SUSAN RUSS WALKER
            CHIEF UNITED STATES MAGISTRATE JUDGE